**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 1

**Case No.:** 19-51667-BEM

**Case Name:** JOHNSON, KELVIN BERNARD
JOHNSON, TRACEY ANN

**For Period Ending:** 06/30/2022

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 01/31/2019 (f)

**§ 341(a) Meeting Date:** 03/11/2019

**Claims Bar Date:** 06/20/2019

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4815 Village Square NW, Acworth, GA 30102-0000, Cobb County<br><br>The Trustee has identified an attestation issue with the first position security deed on Debtors' home. See asset # 15. Trustee expects to sell property once security interest matter is resolved. | 217,000.00 | 0.00 | | 0.00 | 387,000.00 |
| 2 | 2018 Lexus RX 350, 7,000 miles (Leased)<br>Notice of abandonment filed, Dkt # 16. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 2017 Hyundai Sonata SE, 30,000 miles<br>Notice of abandonment filed, Dkt # 16. | 13,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2010 Lexus ES, 160,000 miles<br>Notice of abandonment filed, Dkt # 16. | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Bank of America | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: USAA | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America Business Checking | 700.00 | 0.00 | | 0.00 | FA |
| 10 | Kaufmann Enterprises LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 11 | KAPS Staffing LLC, 100% ownership | 1.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k): VALIC | 60,000.00 | 0.00 | | 0.00 | FA |
| 13 | 401 (k): TransAmerica | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 | 401 (k): TransAmerica | 48,000.00 | 0.00 | | 0.00 | FA |
| 15 | Adversary case 20-06026. Complaint against New Day Financial (Avoid lien on Real Property) (u)<br>See asset 1, 4815 Village Square, Acworth | 0.00 | 1.00 | | 0.00 | 1.00 |
| 16* | Adversary case 22-05020.Complaint against Freedom Mortgage Corporation (Avoid post petition lien on Real Property) (u)<br>See also asset # 1. (See Footnote) | 100,000.00 | 100,000.00 | | 0.00 | 100,000.00 |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  2

**Case No.:**   19-51667-BEM

**Case Name:**   JOHNSON, KELVIN BERNARD
JOHNSON, TRACEY ANN

**For Period Ending:**   06/30/2022

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**  01/31/2019 (f)

**§ 341(a) Meeting Date:**  03/11/2019

**Claims Bar Date:**  06/20/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|---|---|
| 16 | Assets | Totals | (Excluding unknown values) | $459,102.00 | $100,001.00 | | $0.00 | $487,001.00 |

RE PROP# 16        Settlement motion filed on 6/22/22 (Dkt # 36) and approved on 7/22/22 (Dkt # 40).  Trustee received $100,000 on 7/29/22.

**Major Activities Affecting Case Closing:**

2/3/2020 - The Trustee has identified an attestation issue with the first position security deed on Debtors' home and has filed adversary # 20-06026. If the Trustee is successful in the adversary, the Trustee intends to sell the real property located at 4815 Village Square NW, Acworth, GA 30102 free and clear of New Day Financial's lien.

6/30/2021 - Adversary outcome is contingent on outcome of case with similar facts in another matter.  Trustee will act accordingly when the other matter is resolved.

2/4/2022 - Trustee filed adversary case 22-05020. Complaint against Freedom Mortgage Corporation relating to post petition lien on real property.

6/22/2022 - Trustee filed settlement motion (Dkt # 36) resolving adversary 22-05020 for $100,000 paid into bankruptcy estate.

7/22/2022 - Order approving settlement of adversary 20-05020 entered (Dkt # 40).

7/29/2022 - Trustee received $100,000 settlement payment for adversary 20-05020.

**Initial Projected Date Of Final Report (TFR):**        06/30/2021        **Current Projected Date Of Final Report (TFR):**        06/30/2023